# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Yordani Corona Del Toro<br><br>    Defendant | Case No.: 2:21-cr-00256-GMN-BNW<br>Related Case No.: 2:21-cr-00065-JAD-DJA<br><br>**Reassignment Order** |

The presiding district judges in these actions have determined that these actions are related and that there is good cause to reassign them to a single district judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case. Good cause appearing, IT IS HEREBY ORDERED that Case No. 2:21-cr-00256-GMN-BNW is reassigned to District Judge Jennifer A. Dorsey and Magistrate Judge Daniel J. Albregts, and all future pleadings must bear case number 2:21-cr-00256-JAD-DJA.

DATED: September 30, 2021.

_____
Jennifer A. Dorsey
United States District Judge

_____
Gloria M. Navarro
United States District Judge